IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

v.                                                         No. CV 11-559 JC/LAM
                                                           CR 09-209 JC

**JOSE RAUL PELAEZ-DE LA O,**

    **Defendant/Movant.**

## O R D E R

**THIS MATTER** is before the Court on *Jose Raul Pelaez-De La O's Motion to Vacate Conviction Pursuant to 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 36)*. Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court will order the United States to answer Defendant/Movant's motion.

**IT IS THEREFORE ORDERED** that the Clerk is directed to forward to the United States Attorney a copy of *Jose Raul Pelaez-De La O's Motion to Vacate Conviction Pursuant to 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 36)* and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that, **within twenty-three days from entry of this order**, the United States answer *Jose Raul Pelaez-De La O's Motion to Vacate Conviction Pursuant to 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 36)*.

**IT IS SO ORDERED.**

                                                 _____
                                                 **LOURDES A. MARTÍNEZ**
                                                 **UNITED STATES MAGISTRATE JUDGE**